UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG RICHARD, | No. 2:16-cv-2431 CKD P |
| Plaintiff, | |
| v. | ORDER |
| RUTHERFORD, et al., | |
| Defendants. | |

Plaintiff is a prisoner who is proceeding pro se and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.

In an abundance of caution, the court ordered the U.S. Marshal to serve process upon defendant Williamson at both Folsom State Prison and California State Prison, Sacramento, because it was not clear from plaintiff's submission at which institution he alleges defendant Williamson works. Staff members at both facilities have indicated that they have no record of a "Captain" Williamson. Plaintiff must provide an additional address where defendant Williamson may be served. If plaintiff cannot provide the court with an address, this action will be dismissed without prejudice.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to send to plaintiff one USM-285 form, along with an instruction sheet and a copy of the amended complaint filed February 15, 2017;

1

  2. Within sixty days from the date of this order, plaintiff shall complete and submit the attached Notice of Submission of Documents to the court, with the following documents:

    a. One completed USM-285 form for defendant Williamson; and

    b. Two copies of the endorsed complaint filed February 15, 2017.

  3. Plaintiff's failure to comply with the order will result in dismissal.

Dated: August 30, 2017

_/s/ Carolyn K. Delaney_
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/mp
rich2431.8e(2)

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG RICHARD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RUTHERFORD, et al.<br><br>　　　　　Defendants. | No. 2:16-cv-2431 CKD P<br><br>NOTICE OF SUBMISSION OF DOCUMENTS |

Plaintiff hereby submits the following documents in compliance with the court's order filed _____ :

　　\_\_\_\_　　completed summons form

　　\_1\_　　completed USM-285 forms

　　\_2\_　　copies of the \_\_\_February 15, 2017\_\_\_ Complaint

DATED:

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Plaintiff

3